PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ana Rosa Fernandez                                    Docket No. 7:18-CR-11-1BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Ana Rosa Fernandez, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 5th day of February, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Fernandez admitted during post-release discussions with her supervising probation officer that she has a diagnosed mental health issue for which she has received treatment in the past. Fernandez feels she needs to continue this treatment and resume a medication regiment. Further, Fernandez admitted during her processing onto pretrial supervision that she used marijuana during the weeks preceding her initial appearance. Due to this admission, the probation office feels a substance abuse assessment, and any treatment recommended as a result of that assessment, are warranted. Finally, Fernandez is on location monitoring supervision under home incarceration. As a result, it is not permissible she work outside her home. Due to these restrictions, Fernandez is unemployed, receiving no income, and is financially dependent on her daughter and her daughter's fiancé. As a result, the probation office recommends Fernandez's "self-pay" status on location monitoring be stricken and that the probation office assume "agency pay."

**PRAYING THAT THE COURT WILL ORDER**

The probation office is requesting the following conditions be added or amended to Fernandez's existing conditions of supervision as laid out in the original Order Setting Conditions of Release signed on February 5, 2018:

- The defendant must submit to testing for a prohibited substance if required by the probation office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

- The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

- The defendant must submit to a mental health evaluation and participate in mental health treatment if necessary.

- The condition of "self-pay" location monitoring is hereby stricken, and the United States Probation office will assume "agency pay."

Ana Rosa Fernandez
Docket No. 7:18-CR-11-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Erik J. Graf
Erik J. Graf
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2031
Executed On: February 23, 2018

## ORDER OF THE COURT

Considered and ordered the **26th** day of **February**, 2018, and ordered filed and made part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge